UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARVEL R. ZONA, AS TRUSTEE OF THE
MARVEL R. ZONA REVOCABLE TRUST
DATED 8/31/00,

14 CV 1487 (ER) (MHD)

ECF Case

*Plaintiff*,

v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE FOR RESIDENTIAL
ACCREDIT LOANS, INC. MORTGAGE
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-QO5,

*Defendant.*

------------------------------------------------------------x

### DEUTSCHE BANK'S[1] CORPORATE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that defendant Deutsche Bank pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states:

1. Deutsche Bank Trust Company Americas is a New York state charted banking corporation duly organized under the laws of the state of New York, with its principal place of business in New York.

2. Deutsche Bank Trust Company Americas is a wholly-owned subsidiary of Deutsche Bank Trust Corporation.

3. Deutsche Bank Trust Corporation is a wholly-owned subsidiary of Deutsche Bank AG which is publicly traded.

---

[1] "**Deutsche Bank**" abbreviates the defendant Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5.

{26778150;1}

4.  There is no publicly held corporation owning 10% or more of Deutsche Bank AG's stock.

    Respectfully submitted,

    **AKERMAN LLP**

    */s/ Eric M. Levine*
    Eric M. Levine
    222 Lakeview Avenue, Suite 400
    West Palm Beach, FL 33401
    Phone: 561.653.5000
    eric.levine@akerman.com

    *Attorneys for Defendant Deutsche Bank*

{26778150;1}