UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL R. ZONA, AS TRUSTEE OF THE MARVEL R. ZONA REVOCABLE TRUST DATED 08/31/00<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO5<br><br>Defendant. | Case No.: 14 CV 1487 (ER)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Marvel R. Zona, as Trustee of the Marvel R. Zona Revocable Trust dated 08/31/00, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Deutsche Bank Trust Company Americas.

Dated: July 3, 2014

TODD A. ZUCKERBROD, P.A.

By: _____
Todd A. Zuckerbrod
NY Bar #2194421
40 SE 5th Street, Suite 400
Boca Raton, Florida 33432
Telephone: (561) 544-8144
Facsimile: (561) 544-1101
E-Mail: tz@tzbrokerlaw.com

*Attorney for Plaintiff*